UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICKEY YOUNG, | |
| Plaintiff, | Civil Action No. 05-3399 (NLH) |
| v. | **ORDER** |
| CITY OF WILDWOOD, JOSEPH FISHER, DANIEL SPIEGEL, PAUL A. ZIELINSKI and JOHN DOES(S) | |
| Defendants. | |

Appearances:

HAROLD BRUCE SHAPIRO
SHAPIRO & SHAPIRO, PA
1063 EAST LANDIS AVENUE
PO BOX 787
VINELAND, NJ 08362-0787
*Attorney for Plaintiff Mickey Young*

A. MICHAEL BARKER
JOSEPH M. SCOTT
BARKER, SCOTT & GELFAND
LINWOOD GREENE
210 NEW ROAD
SUITE 12
LINWOOD, NJ 08221
  and
AMES R. BIRCHMEIER
POWELL, BIRCHMEIER & POWELL, ESQS.
1891 STATE HIGHWAY 50
PO BOX 582
TUCKAHOE, NJ 08250-0582
*Attorneys for Defendants City of Wildwood, Joseph Fisher, Daniel Spiegel and Paul A. Zielinski*

**HILLMAN, District Judge**

For the reasons expressed in this Court's Opinion entered on this date,

**IT IS HEREBY ORDERED** this 27th day of March 2008, that

defendants' motion for summary judgment [31] is **GRANTED**.  The Clerk of Court is directed to close this matter.


                                    s/Noel L. Hillman
                                  NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey